PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: JOSHUA DELYNN DIAL          Docket Number: 1:17CR180-1

Name of Sentencing Judicial Officer:  The Honorable Catherine C. Eagles

Date of Original Sentence:  October 27, 2017

Original Offense:  Theft of Firearms from a Federally Licensed Firearms Dealer in violation of 18 U.S.C. §§ 922(u) and 924(i)(1).

Original Sentence:  Custody of the Bureau of Prisons for 36 months, followed by three (3) years of supervised release.

August 15, 2022: Supervised release was revoked, and Mr. Dial was committed to the custody of the Bureau of Prisons for 6 months, followed by 30 months of supervised release.

Type of Supervision: Supervised Release          Date Second Term of Supervision Commenced: October 21, 2022
Date Supervision Expires: April 20, 2025

Assistant U.S. Attorney: Anand Prakash Ramaswamy          Defense Attorney: Brian M. Aus

---

## PETITIONING THE COURT

[X]  To issue a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the Petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

The probation officer believes that Mr. Dial has violated the following conditions of supervision:

**Violation 1 – You must not commit another federal, state or local crime.**

On March 18, 2024, Mr. Dial was arrested by the Robeson County Sheriff's Office, for Misdemeanor Shoplifting/Concealment of Goods (24CR227417). The offense date was February 3, 2024. He subsequently failed to appear for his court date and a warrant for arrest was issued. As of the writing of this report, his failure to appear warrant remains unserved.

According to the Incident/Investigation Report, Mr. Dial concealed toothpaste and a toothbrush, while inside Dollar General Store #22631, prior to purchasing the items.

On June 15, 2024, a warrant for arrest for Misdemeanor Larceny (24CR334464), was issued for Joshua Dial by the Scotland County Magistrate's Office. The offense date was June 15, 2024. As of the writing of this report, the warrant remains unserved.

According to the warrant, Mr. Dial allegedly stole a Champion Power Equipment Generator, valued at $500 from the Pit Stop Tire Shop located in Laurinburg, NC.

RE: JOSHUA DELYNN DIAL 2

On June 17, 2024, the Laurinburg, NC Police Department secured a warrant for arrest on Joshua Dial for Felony Larceny of a Motor Vehicle (24CR335993). The offense date was June 17, 2024. As of the writing of this report, the warrant remains unserved.

According to the Incident/Investigation Report, the Laurinburg Police Department responded to a report of a stolen motorcycle at 313 Washington Avenue, Laurinburg, NC. Officers met with the owner of the motorcycle who recovered two (2) cellular telephones at the scene. Mr. Dial was charged with stealing a 2000 Harley Buell Evolution 1200 Motorcycle, having a value of approximately $10,000.

**Violation 2 - You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

On August 15, 2024, the probation office conducted a home contact at Mr. Dial's last known residence at 309 Washington Avenue, Laurinburg, NC and spoke with Mr. Dial's mother and stepfather. They indicated Mr. Dial no longer resided with them at his approved residence and was "on the run" from his outstanding warrants in Laurinburg, NC. She indicated she spoke with him on the phone and advised him to turn himself in.

The probation office and local law enforcement agencies have been unable to locate Mr. Dial and his whereabouts remain unknown.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
    [X] revoked.
    [ ] extended for years, for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on    October 18, 2024

David T. Brewer
U.S. Probation Officer

Approved by:

Michael Casey
Supervisory U.S. Probation Officer

October 18, 2024
Date